THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARK WAYNE JACKSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | No. 5:10-cv-73 |
| | : | |
| EDWARD H. BURNSIDE and CALVIN RAMSEY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

*ORDER ON THE ORDER AND RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation to deny Plaintiff's "Motion to Amend to Joinder of Claims and Joinder of Persons Needed for Just Adjudication" and his Order pursuant to 28 U.S.C. § 1915(e)(2) allowing the case to proceed against the named Defendants. [Doc. 6]. Plaintiff has filed no objection to the Order and Recommendation. Having reviewed the Order and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Order and Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of April, 2010.

1

                                      <u>S/ C. Ashley Royal</u>
                                      C. ASHLEY ROYAL
                                      UNITED STATES DISTRICT JUDGE

SSH