# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| MARK WAYNE JACKSON, | : | |
| Plaintiff, | : | |
| VS. | : | NO. 5:10-CV-73 (MTT) |
| DR. EDWARD H. BURNSIDE, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## RECOMMENDATION

Before the Court is a letter filed by Plaintiff Mark Wayne Jackson, which the Court has construed as a Motion for a Preliminary Injunction. Doc. 61. In the motion, Plaintiff alleges that on April 3, 2012, prison officials at Johnson State Prison confiscated his legal materials and refused to return the materials to Plaintiff. Because Plaintiff has since been released from prison, it is hereby **RECOMMENDED** that Plaintiff's motion be **DENIED** as moot.

A prisoner's transfer or release from a prison moots his claim for injunctive relief. McKinnon v. Talladega County, Ala., 745 F.2d 1360, 1363 (11th Cir. 1984). On May 29, 2012, Plaintiff informed the Court that he had been released from prison and was now residing in Lafayette, Georgia. Doc. 67. Moreover, a hearing on the matter was held on May 31, 2012, at which Larry Butts, an official at

Johnson State Prison, testified that all of Plaintiff's legal materials were mailed to an address of Plaintiff's choosing.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion for a preliminary injunction be **DENIED** as moot. Pursuant to 28 U.S.C. § 636 (b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom the case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 13th day of June, 2012.

        s/ Charles H. Weigle_____
        Charles H. Weigle
        United States Magistrate Judge