IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK WAYNE JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. EDWARD H. BURNSIDE and )<br>CALVIN RAMSEY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 5:10-CV-73 (MTT) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 89).  The Magistrate Judge, having reviewed the Defendants' Motion for Summary Judgment (Doc. 83), recommends granting the Motion because the Plaintiff failed to create a genuine issue of material fact with regard to his claims against the Defendants.  The Plaintiff filed an objection to the Recommendation.  (Doc. 91).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Plaintiff argues that the extensive medical records submitted by the Defendants are really those of another inmate with the same name and medical issues as the Plaintiff.  The Plaintiff points to one document out of over 550 pages of medical records to show that the records are not his.[1]  However, with the exception of this one

---

[1] While the page cited does have a different inmate ID number and birthdate than the Plaintiff's, the document also has "error wrong Mark" written on it.  (Doc. 83-8 at 17).

page, the medical records appear to be the Plaintiff's, and the Plaintiff does not point to any other discrepancies.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Accordingly, the Motion is **GRANTED**. This case is **DISMISSED**.

**SO ORDERED**, this 6th day of March, 2013.

                                           S/ Marc T. Treadwell
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT